**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6211**

_____

LORD VERSATILE, a/k/a Venson Leon Coward,

        Plaintiff - Appellant,

        v.

GENE JOHNSON, Director Virginia DOC; JOHN JABE, Deputy
Director of Operations; BENJAMIN A. WRIGHT, Chairman
Publication Review Board; W. D. JENNINGS, Ph.D, Formal
Chairman Publication Review; LORETTA KELLY, Warden, Sussex I
Prison; A. DAVID ROBINSON, Regional Director,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:09-cv-00120-HEH-MHL)

_____

Submitted:  June 29, 2012        Decided:  July 20, 2012

_____

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Lord Versatile, Appellant Pro Se.  Richard Carson Vorhis, Senior
Assistant Attorney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lord Versatile appeals the district court's order accepting the magistrate judge's recommendation and denying relief on Versatile's action alleging violations under the Religious Land Use and Institutionalized Persons Act (RLUIPA). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Versatile v. Johnson</u>, No. 3:09-cv-00120-HEH-MHL (E.D. Va. Oct. 27, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>